## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In the Matter of:                    :      Case No. 10-62649
                                     :
HUBER, BRIAN P                       :      Chapter 7
                                     :
                        Debtor.      :      Judge C. Kathryn Preston

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $1.82 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010.  The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Frederick F. Elkins<br>P.O. Box 26<br>Bellefontaine, OH  43311 | 5 | $1.82 |

| Total Unclaimed/Small Dividends $25.00 or Under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $1.82 | $_____ |

Dated: <u>August 5, 2011</u>

/s/ David M. Whittaker_____
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone: (614) 227-2355
Fax: (614) 227-2390
Email: dwhittaker@bricker.com

cc:      United States Trustee

4721580v1

Claim 000005, Payment 3.0333%
Frederick F. Elkins
P.O. bOx 26
Bellefontaine, OH 43311

**BANK OF AMERICA, N.A.**

CHECK NUMBER

32-1/1110  TX
0

**107**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH  43215

| DATE | AMOUNT |
|------|--------|
| 08/04/11 | ***********1.82 |

## 2496458

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|-------------|---|-----------|
| 10-62649 | CKP | Debtor: HUBER, BRIAN P |

Clerk, United States Bankruptcy Court
170 North High Street
Columbus OH 43215

*One Dollar And 82/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000107⑆ ⑈111000012⑈ 4437791713⑇

| Date: 08/04/11 | Check Number:   107 | Amount:      1.82 |
|----------------|---------------------|-------------------|

| Case Number:   10-62649     CKP |
| Debtor Name:   HUBER, BRIAN P |

| Paid To: | **Clerk, United States Bankruptcy Court**<br>**170 North High Street**<br>**Columbus OH 43215** | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH  43215 |

Description:   Claim 000005, Payment 3.0333%   Frederick F. Elkins
P.O. bOx 26
Bellefontaine, OH 43311

Bank Account Number:   4437791713